**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

| | | |
|---|---|---|
| E.J.C-P., | : | |
| Petitioner, | : | |
| v. | : | Case No. 4:26-cv-1243-CDL-AGH<br>28 U.S.C. § 2241 |
| Warden, STEWART DETENTION CENTER, *et al.*, | : | |
| Respondents. | : | |

**ORDER**

On October 10, 2026, the Court received Petitioner's application for habeas relief under 28 U.S.C. § 2241 (ECF No. 1). Petitioner claims that his continued detention without an individualized bond hearing violates the Due Process Clause of the Fifth Amendment. Pet. 5, ECF No. 1. On October 8, 2026, Respondents filed a motion to dismiss, arguing primarily that, because Petitioner was paroled into the United States at a post of entry, he is an arriving alien and thus not entitled to a bond hearing. Resp'ts' Mot. to Dismiss 2-4, ECF No. 4. On October 23, 2026, Petitioner responded to Respondents' motion to dismiss, arguing that Petitioner has a protected liberty interest in remaining free from detention and is thus entitled to a bond hearing. Pet. Resp. 5-11, ECF No. 6. Moreover, Petitioner alleges that his redetention without notice or a neutral custody determination violates his Due Process rights. *Id.* at 10-11.

Having considered Petitioner's claims, the Court finds it necessary for Respondents to file a supplemental brief addressing Petitioner's constitutional claims. Accordingly, Respondents are ORDERED to file a brief of not more than twenty pages

that addresses Petitioner's constitutional claims within fourteen days of the date of this Order. Petitioner may file any desired reply of not more than fifteen pages within seven days of the filing of Respondents' supplemental brief.

**SO ORDERED**, this 13th day of November, 2026.

s/ *Amelia G. Helmick*
UNITED STATES MAGISTRATE JUDGE